McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCUS IVEY, <br><br> Defendant. | No. 1:18-CR-00125 LJO <br><br> STIPULATION TO CONTINUE SUPPRESSION HEARING; AMENDING BRIEFING SCHEDULE; and ORDER |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Melanie L. Alsworth, Assistant U.S. Attorney, and Reed Grantham, attorney for defendant, that the suppression hearing set on February 25, 2019, at 8:30 am before the Honorable Lawrence J. O'Neill, U.S. District Court Judge, be continued to March 11, 2019 at 9:30 a.m., and that the briefing schedule be modified to permit additional time for the government's response and defedant's reply.

///
///
///
///

1

1 | Government Counsel was out of the office for an extended period of time due to an illness
2 | in the family, and since returning to the office has not had a sufficient amount of time to research
3 | and respond to defendant's Motion to Suppress (Doc. 19). Defense counsel has agreed to modify
4 | the briefing/hearing schedule to permit the government time to respond.
5 | Counsel, therefore, stipulate to the following revised schedule:
6 | 1. The government's opposition to the motion to suppress will be filed on or before
7 | February 27, 2019;
8 | 2. Defendant's reply, if any, will be filed on or before March 6, 2019; and
9 | 3. The suppression hearing sentencing in this matter should be rescheduled to March
10 | 11, 2019 at 9:30 a.m.

Respectfully submitted,

Dated: February 7, 2019  McGREGOR W. SCOTT
United States Attorney

By  /s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant U.S. Attorney

Dated: February , 2019  /s/ Reed Grantham
REED GRANTHAM
Attorney for Defendant

IT IS SO ORDERED.

Dated: **February 7, 2019**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE