MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS IVEY,<br><br>Defendant. | CASE NO. 1:18-CR-00125 LJO<br><br>MOTION TO DISMISS; [PROPOSED] ORDER |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Melanie L. Alsworth, Assistant United States Attorney, moves this Court for permission to dismiss without prejudice the indictment in Case Number 1:18-CR-00125 LJO.

Rule 48(a) of the Federal Rules of Criminal Procedure permits the government, with leave of court, to dismiss an indictment. Good cause exists to dismiss the pending indictment without prejudice, and dismissal is in the interest of justice. Further, Mr. Ivey is detained as a result of this case. The Court should order the U.S. Marshall to effect the defendant's immediate release from federal custody insofar as he is being held on the indictment in this case.

| | |
|---|---|
| Dated: February 27, 2019 | Respectfully submitted,<br>MCGREGOR W. SCOTT<br>United States Attorney<br><br>By: /s/ Melanie L. Alsworth<br>Melanie L. Alsworth<br>Assistant United States Attorney |

**ORDER**

The Court grants the government's motion, pursuant to Fed. R. Crim. P. 48(a), and orders that:

1. The indictment in this case is dismissed without prejudice; and
2. The U. S. Marshall is ordered to release defendant from federal custody, subject to any other valid holds that may be lodged against defendant.

IT IS SO ORDERED.

Dated: **February 27, 2019**       /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE